UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SERENA HOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-421 |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This action was tried to a jury before the undersigned, and the jury has rendered a verdict.

Accordingly, it is **ORDERED** that:

1. Plaintiff Serena Howell recover nothing from Defendant BNSF Railway Company;

2. The action be dismissed on the merits; and

3. Defendant BNSF Railway Company may recover its costs from Plaintiff Serena Howell.

SIGNED at Galveston, Texas, this 1st day of April, 2016.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge